STATE OF NEW JERSEY v. JAMES RYLES.

February 3, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. LARRY D. JACKSON.

February 3, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. FRED A. IMBRIANI.

February 3, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM SNEID.

February 3, 1986.

Petition for certification denied.